IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ACCTON TECHNOLOGY CORP. USA AND EDGECORE USA CORP., <br><br> Defendants. | 6:15–CV–616–JRG–JDL <br><br> PATENT CASE |

### JOINT MOTION TO STAY DEADLINES AND NOTICE OF SETTLEMENT

Plaintiffs Chrimar Systems Inc. d/b/a CMS Technologies ("Chrimar") and Chrimar Holding Company, LLC ("Holding") and Defendants Accton Technology Corporation USA and Edgecore USA Corporation (together, "Accton") (collectively, the "Parties") file this Joint Motion to Stay All Deadlines and provide notice to the Court pursuant to the Court's Standing Order Regarding Proper Notification of Settlement. Plaintiffs and Accton signed a term sheet that resolves all causes of action asserted in this case between them. Pursuant to the term sheet, the Parties expect to finalize a settlement agreement within the stay requested.

In view of the executed term sheet, the Parties move the Court to release Accton from having to participate in the trial scheduled to begin on January 17, 2017, and for a temporary stay of all applicable deadlines for Accton only. The Parties respectfully request a stay of thirty (30) days, in which time the Parties will finalize the settlement agreement and file dismissal papers with the Court.

| | |
|---|---|
| /s/ Justin S. Cohen | /s/ Richard C. Vasquez |
| Justin S. Cohen | Richard C. Vasquez (CA State Bar No. 127228) |
|   Texas Bar No. 24078356 | |
|   justin.cohen@tklaw.com | rvasquez@vbllaw.com |
| Richard L. Wynne, Jr. | Jeffrey T. Lindgren (CA State Bar No. 176400 |
|   Texas Bar No. 24003214 | |
|   richard.wynne@tklaw.com | jlindgren@vbllaw.com |
| Adrienne E. Dominguez | Eric W. Benisek (CA State Bar No. 209520) |
|   Texas Bar No. 00793630 | ebenisek@vbllaw.com |
|   adrienne.dominguez@tklaw.com | Robert McArthur (CA State Bar No. 204604) |
| David C. Schulte | mcarthur@vbllaw.com |
|   Texas Bar No. 24037456 | Stephen C. Steinberg (CA State Bar No. 230656) |
|   david.schulte@tklaw.com | |
| | ssteinberg@vbllaw.com |
| **THOMPSON & KNIGHT LLP** | **VASQUEZ BENISEK & LINDGREN LLP** |
| 1722 Routh Street, Suite 1500 | 3685 Mt. Diablo Blvd., Ste. 300 |
| Dallas, Texas 75201 | Lafayette, CA 94549 |
| 214.969.1700 | Phone: (925) 627-4250 |
| 214.969.1751 (facsimile) | Fax:    (925) 403-0900 |
| | |
| Andrea L. Fair | *Counsel for Defendants Accton Technology Corp., Edgecore USA Corp., Costar Techs., Inc., & Costar Video Systems, LLC* |
|   Texas Bar No. 24078488 | |
|   andrea@wsfirm.com | |

**WARD, SMITH & HILL, PLLC**
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was filed electronically on January 15, 2017, and was served that same day via the Court's ECF system.

                                             /s/ Justin S. Cohen
                                             Justin S. Cohen